People of the State of Illinois, Plaintiff-Appellee, v. Theodore R. Lewis, Defendant-Appellant.

Gen. No. 50,053.

First District, Second Division.
January 26, 1965.
Supplemental opinion filed June 22, 1965.

Reuben L. Hedlund, of Chicago (Alan H. Swanson and Kirkland, Ellis,

Hodson, Chaffetz & Masters, of counsel), for appellant; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach, Assistant Attorney General, Elmer C. Kissane and Ronald Butler, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.